UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

        Plaintiff

v.

        Case No.: 5:08-po-09610
        Magistrate Judge Adriana Arce-Flores

Julio Cesar Sanchez Ibarra

        Defendant

## JUDGMENT IN A CRIMINAL CASE

THE DEFENDANT ENTERED A PLEA OF: GUILTY

THERE WAS A: FINDING OF GUILTY

THE DEFENDANT IS CONVICTED OF THE OFFENSE OF: did unlawfully enter and attempt to enter the United States at a place other than as designated by Immigration Officers, in violation of Title 8, United States Code, Section 1325(a)(1), as charged by Criminal Complaint.

IT IS THE JUDGMENT OF THIS COURT THAT: the Defendant is committed to the custody of the Attorney General of the United States or his authorized representatives to be imprisoned for a term of **30 days**.

IT IS FURTHER ORDERED that the Defendant shall pay a total special assessment of $10.00 pursuant to Title 18, U.S.C. Section 3013.

IT IS FURTHER ORDERED that the Defendant shall notify the United States Attorney for the District within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

IT IS FURTHER ORDERED that the Clerk of the Court deliver a certified copy of this judgment to the United States Marshal for this District.

Date of Imposition of Sentence: **8/11/08**

SIGNED AND ENTERED ON DOCKET: **8/11/08**.

Adriana Arce-Flores
United States Magistrate Judge

RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____.

to: _____

at _____, the institution designated by the

Attorney General, with a certified copy of this Judgment in a Criminal Case.

                                                                                                      _____

                                                                                                        United States Marshal


                                                                    By: _____

                                                                                 Deputy Marshal